UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EARLAND SMITH | CIVIL ACTION |
| VERSUS | NO: 06-951 |
| FITCH & CHARPENTIER TRANSPORTATION LLC, ET AL. | SECTION: "J" (1) |

**ORDER**

Before the Court is Fitch & Charpentier's Unopposed Motion to Continue the Motion to Dismiss the Third Party Complaint Hearing. ( Doc. 37.) The Motion to Dismiss (Doc. 24) is currently set for hearing on November 8, 2006. Fitch & Charpentier's counsel has asked for roughly 60 days to conduct discovery before being required to respond to the Motion to Dismiss. Third-party defendant, Kobelt Manufacturing, has agreed to postpone the hearing. Rather than leave the Motion to Dismiss pending for months, the Court will deny it without prejudice to re-urge the motion after an appropriate time for discovery. Kobelt Manufacturing need not file a new motion and memorandum, but may simply re-notice the current motion for hearing after sufficient discovery has been conducted.

Accordingly,

**IT IS ORDERED** that Third-party defendant, Kobelt Manufacturing's Motion to Dismiss (Doc. 24) is **DENIED WITHOUT PREJUDICE** to be re-urged at a later date;

**IT IS FURTHER ORDERED** that Fitch & Charpentier's Unopposed Motion to Continue the Motion to Dismiss the Third Party Complaint Hearing ( Doc. 37.) is **DENIED AS MOOT**.

New Orleans, Louisiana this the 31st day of October, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE