UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EARLAND SMITH                                CIVIL ACTION

VERSUS                                       NO: 06-951

FITCH & CHARPENTIER                          SECTION: "J" (1)
TRANSPORTATION LLC, ET AL.

**ORDER**

Before the Court is Plaintiff Earland Smith's Motion for Judgment on the Pleadings. (Doc. 36). The motion is opposed. (Doc. 40.) Plaintiff seeks judgment on his unseaworthiness claim because Defendant Fitch & Charpentier pleaded in its Answer that the "collision triggering the accident resulted from a product defect on the defendant's vessel," (Doc. 7, Answer ¶ 9.), and because Fitch & Charpentier has made maintenance and cure payments. However, Fitch & Charpentier also pleaded that its vessel was not unseaworthy (Doc. 7, Answer ¶ 3) and that Plaintiff was not injured (Doc. 7, 3rd Party Complaint at Prayer). The Answer also contains a general denial. (Doc. 7, Answer ¶ 2). Fitch & Charpentier's pleadings do not contain an admission that maintenance and cure payments have been made.

Federal Rule of Civil Procedure 8(e)(2) specifically allows

inconsistent alternative defenses. In addition, maintenance and cure must be paid regardless of whether the ship was unseaworthy. *Guevara v. Maritime Overseas Corp.*, 59 F.3d 1496 (5th Cir. 1995). Issues of material fact exist concerning the alternative theories of defense.

Accordingly,

**IT IS ORDERED** that Plaintiff Earland Smith's Motion for Judgment on the Pleadings is **DENIED**.

New Orleans, Louisiana this the 20th day of November, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE